**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD WALKER, | Case No.: 2:13-cv-01099-APG-EJY |
| Plaintiff | **Order Granting Unopposed Motion for Enlargement of Time** |
| v. | [ECF No. 131] |
| DWIGHT NEVEN, et al., | |
| Defendant | |

I ORDER that the respondents' unopposed motion for enlargement of time to file answer to amended petition for writ of habeas corpus (ECF No. 131) is GRANTED.

DATED this 7th day of August, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE