LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
The Law Offices of Kristina
Wildeveld & Associates
550 E. Charleston Blvd, Suite A
Las Vegas, NV 89104
(702) 222-0007 | (702) 222-0001 (fax)
Lisa@Veldlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ALLEN WALKER,<br><br>Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, et al,<br><br>Respondents. | Case No.: 2:13-1099 APG-VCF<br><br>UNOPPOSED MOTION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO REMAINING CLAIM |

Petitioner Richard Walker, by and through his counsel, Lisa Rasmussen, hereby files this unopposed Motion seeking an additional 75 days to file his Reply to the State's Response filed on August 28, 2020 [ECF 135.] This Motion is made and based upon the following:

1. This Court's original order, dated June 8, 2020, gave the Respondents 60 days to file an Answer to the remaining claim. [ECF 130.] It

UNOPPOSED MOTION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO REMAINING CLAIM - 1

also provided Petitioner 45 days to respond thereafter. The undersigned's office calendared these deadlines.

2. The Respondent then sought two extensions of time to file their Response, neither of which were opposed by the Petitioner.

3. Respondent then filed its response on August 28, 2020. [ECF 135.] The undersigned's office erroneously calendared Petitioner's Reply deadline as today's date, October 26, 2020, which is 60 days after the filing of the Response (ECF 135). It can be difficult to figure out the dates when extensions enter the picture, and the undersigned apologizes for this error on behalf of Petitioner.

4. On today's date, thinking that today was the Reply deadline, the undersigned reached out to the State to ask if it would oppose an extension of time to file the Reply.

5. Filing the Reply requires revisiting the trial transcripts and witness testimony to make comparative arguments and it has been a while since the undersigned has reviewed them.

6. The undersigned proposed a 75-day extension of time since a 60-day extension of time would fall on Christmas day (if the date had been properly computed).

UNOPPOSED MOTION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO REMAINING CLAIM - 2

7.      The undersigned proposed January 11, 2021 as the Reply deadline and the state is not opposed to that Reply deadline.

8.      This amounts to a 77-day extension of time from today's date, or a 92-day extension of time from the actual Reply deadline had it been properly calendared.

9.      Mr. Walker is serving a life without parole sentence. This is his sole remaining issue before this Court upon which relief can be granted. He is not prejudiced by the additional time sought herein. Furthermore, the additional time is needed because writing the Reply requires substantial analysis of the trial testimony in order to properly respond to the State's Response.

10.     This extension of time is not sought for the purpose of delay and the undersigned apologizes for the error on computing the Reply deadline and for not timely filing this Motion.

11.     No prior requests have been made.

Dated this 26th day of October 2020.

The Law Offices of Kristina Wildeveld & Associates

/ s/ Lisa A. Rasmussen

_____
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Attorneys for Richard Walker

UNOPPOSED MOTION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO REMAINING CLAIM - 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing, Motion for EOT, upon all persons registered to receive CM/ECF service in the above-entitled case, as required by local rule.

Dated this 26th day of October 2020.

/ s/  Lisa A. Rasmussen
_____
LISA A. RASMUSSEN, ESQ.

ORDER GRANTING EXTENSION OF TIME

GOOD CAUSE APPEARING, and based upon the non-opposition of the Respondent,

IT IS HEREBY ORDERED that Petitioner shall have until January 11, 2021 to file his Reply to the State's Response.

Dated:  October 27, 2020

_____
The Honorable Andrew P. Gordon
United States District Judge

UNOPPOSED MOTION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO REMAINING CLAIM - 4