LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
The Law Offices of Kristina Wildeveld & Associates
550 E. Charleston Blvd, Suite A
Las Vegas, NV 89104
(702) 222-0007 | (702) 222-0001 (fax)
Lisa@Veldlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ALLEN WALKER,<br><br>  Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, et al,<br><br>  Respondents. | Case No.: 2:13-1099 APG-VCF<br><br>UNOPPOSED MOTION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO REMAINING CLAIM<br><br>(SECOND REQUEST) |

Petitioner Richard Walker, by and through his counsel, Lisa Rasmussen, hereby files this unopposed Motion seeking an additional 21 days to file his Reply to the State's Response filed on August 28, 2020 [ECF 135.] This Motion is made and based upon the following:

1. Petitioner's Reply is due on today's date.

2. Petitioner previously asked for one 77-day extension of time, which the court approved and this generated today's due date.

UNOPPOSED MOTION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO REMAINING CLAIM - 1

3. The undersigned needs additional time to review the extensive record in this case in order to be able to respond and discuss certain facts that lie within the record.

4. The undersigned has several large item deadlines this week including a Reply brief in <u>Willing v. Williams</u>, 2:14-cv-1194 RFB, also a 2254 matter, due on January 15, 2021; and a Reply brief to a Motion to Reconsider an order dismissing an action in state court based on Nevada's Anti-SLAPP motion, combined with an Opposition to Brownstein, Hyatt, Farber and Schreck's motion for $700,000 in attorney's fees based on the Anti-SLAPP statute. These are due on January 14, 2021. <u>Fore Stars v. Omerza, et al</u>, Eighth Judicial District Court.

5. The state is not opposed to this request for a 21-day extension of time.

6. Mr. Walker is serving a life without parole sentence and he is not prejudiced by this extension of time, but would be prejudiced if this request were denied. Additionally, this request is not made for the purpose of delay or in bad faith.

Accordingly, it is respectfully requested that this Court grant an additional extension of time, amounting to 21 days, for Mr. Walker to file his Reply, or until February 1, 2021.

UNOPPOSED MOTION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO REMAINING CLAIM - 2

A proposed order appears below for this Court's convenience.

Dated this 11th day of January, 2021.

The Law Offices of Kristina Wildeveld & Associates

/ s/ Lisa A. Rasmussen

LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Attorneys for Richard Walker

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing, Motion for EOT, upon all persons registered to receive CM/ECF service in the above-entitled case, as required by local rule, including, but not limited to:

Ms. Katrina Samuels, DAG

Dated this 11th day of January, 2021.

/ s/ Lisa A. Rasmussen

LISA A. RASMUSSEN, ESQ.

UNOPPOSED MOTION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO REMAINING CLAIM - 3

## ORDER GRANTING EXTENSION OF TIME

GOOD CAUSE APPEARING, and based upon the non-opposition of the Respondent,

IT IS HEREBY ORDERED that Petitioner shall have until February 11, 2021 to file his Reply to the State's Response.

Dated:  January 12, 2021

_____
The Honorable Andrew P. Gordon
United States District Judge