LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**The Law Offices of Kristina Wildeveld & Associates**
550 E. Charleston Blvd, Suite A
Las Vegas, NV  89104
(702) 222-0007 | (702) 222-0001 (fax)
Lisa@Veldlaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ALLEN WALKER,<br><br>        Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, et al,<br><br>        Respondents. | Case No.: 2:13-1099 APG-VCF<br><br>**UNOPPOSED MOTION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO REMAINING CLAIM**<br><br>**(THIRD REQUEST)** |

Petitioner Richard Walker, by and through his counsel, Lisa Rasmussen, hereby files this unopposed Motion seeking an additional 3 days to file his Reply to the State's Response filed on August 28, 2020 [ECF 135.]  This Motion is made and based upon the following:

1.      Petitioner's Reply is due on today's date.

2.      Petitioner previously asked for one 77-day extension of time, which the court approved; and one 30 day extension.  The court granted both requests and this generated today's due date.

UNOPPOSED MOTION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO REMAINING CLAIM - 1

3. The undersigned has spent a substantial amount of time pulling citations and references from the records in order to respond to and present facts that are responsive to the state's Response and also relevant to the determination before this Court. A few additional days is needed to organize those references and the Reply brief in the context of the legal arguments that remain.

4. The state is not opposed to this request for a three-day extension of time, until Monday, February 15, 2021.

5. Mr. Walker is serving a life without parole sentence and he is not prejudiced by this extension of time, but would be prejudiced if this request were denied. Additionally, this request is not made for the purpose of delay or in bad faith.

Accordingly, it is respectfully requested that this Court grant an additional extension of time, amounting to three days, for Mr. Walker to file his Reply, or until February 15, 2021.

A proposed order appears below for this Court's convenience.

Dated this 11th day of February 2021.


**The Law Offices of Kristina Wildeveld & Associates**

*/s/ Lisa A. Rasmussen*
_____
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Attorneys for Richard Walker

UNOPPOSED MOTION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO REMAINING CLAIM - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing, Motion for EOT, upon all persons registered to receive CM/ECF service in the above-entitled case, as required by local rule, including, but not limited to:

Ms. Katrina Samuels, DAG

Dated this 11th day of February 2021.

*/s/ Lisa A. Rasmussen*

LISA A. RASMUSSEN, ESQ.

## ORDER GRANTING EXTENSION OF TIME

GOOD CAUSE APPEARING, and based upon the non-opposition of the Respondent,

IT IS HEREBY ORDERED that Petitioner shall have until February 16, 2021 to file his Reply to the State's Response.

Dated:  February 12, 2021

The Honorable Andrew P. Gordon
United States District Judge

UNOPPOSED MOTION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO REMAINING CLAIM - 3